## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 14-1309 CAS (JCG) | Date | May 26, 2015 |
|---|---|---|---|
| Title | *Anthony Garcia v. Nathan Williams, M.D.*, et al. | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY FIRST AMENDED COMPLAINT SHOULD NOT BE DISMISSED**

On April 8, 2015, plaintiff Anthony Garcia ("Plaintiff") filed a First Amended Complaint ("FAC") pursuant to 42 U.S.C. § 1983. The FAC names two defendants: Dr. Nathan Williams and California Correctional Health Care Services.

On April 13, 2015, the Court issued an Order Regarding Service of Process ("Service Order"). The Service Order required Plaintiff to submit a Notice of Submission ("Notice") by May 13, 2015, informing the Court that he had complied with the Service Order.

As of today's date, the Court has yet to receive the Notice from Plaintiff.

Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the Court as consent to the dismissal of this action without prejudice. If Petitioner files the Notice within **fourteen (14) days** of the date of this Order, then this Order to Show Cause shall be automatically discharged.

The Clerk of Court is **DIRECTED TO** attach a copy of the Service Order [Dkt. No. 8] to this Order.

cc: Parties of Record

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV 14-1309 CAS (JCG) | Date | May 26, 2015 |
| Title | *Anthony Garcia v. Nathan Williams, M.D.*, *et al.* | | |

|  |  |  |
|---|---|---|
|  | 00 | : 00 |
| Initials of Preparer | kh | |