O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GARCIA, <br>     Plaintiff, <br> v. <br> NATHAN WILLIAMS, *et al.*, <br>     Defendants. | Case No. ED CV 14-1309 CAS (JCG) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("SAC"), defendant California Correctional Health Care Services' motion to dismiss the SAC ("Motion"), Plaintiff's opposition to the Motion, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

//

//

//

1

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. The Motion is granted;
2. The claims against defendant California Correctional Health Care Services are dismissed with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: March 8, 2018

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE