JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GARCIA, | ) Case No. CV 14-1309-CAS (JCG) |
| Plaintiff, | )<br>) J U D G M E N T |
| v. | )<br>) |
| NATHAN WILLIAMS, et al., | )<br>) |
| Defendants. | )<br>)<br>) |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action be dismissed with prejudice.

DATED:     July 2, 2018.

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE