O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY GARCIA, | Case No. CV 14-1309-CAS (JCG) |
|---|---|
| Plaintiff, | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| NATHAN WILLIAMS, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion for summary judgment, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has expired and no objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendant Dr. Nathan Williams' motion for summary judgment is granted.

DATED: July 2, 2018

                                    _____
                                    CHRISTINA A. SNYDER
                                    UNITED STATES DISTRICT JUDGE